**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| D. Douglas Gandy, D.O., | ) | No. 06-CV-3072-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Lynne Shaklan-Brown, et al., | ) | |
| Defendants. | ) | |

Currently before the Court is Plaintiff's Unopposed Motion to Amend the Court's Order Dated May 1, 2009, (doc. #112) filed by Plaintiff/Counterdefendant D. Douglas Gandy, D.O. requesting that attorney Jarrett J. Haskovec be permitted to appear at the May 18, 2009 Status Conference in lieu of lead counsel attorney Nicholas J. Enoch. Good cause appearing,

IT IS ORDERED that said motion is granted.

IT IS FURTHER ORDERED that Jarrett J. Haskovec may appear at the Monday, May 18, 2009, Status Conference in lieu of attorney Nicholas J. Enoch, Plaintiff/Counterdefendant's lead counsel in this matter.

DATED this 7th day of May, 2009.

Paul G. Rosenblatt
United States District Judge