**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| D. Douglas Gandy, D.O., | ) No. 06-CV-3072-PHX-PGR |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Lynne Shaklan-Brown, et al., | ) |
| Defendants. | ) |

Pursuant to the Notice of Filing of Chapter 7 Bankruptcy filed by Plaintiff/Counterdefendant D. Douglas Gandy, D.O., this action is hereby stayed under the provisions of 11 U.S.C. § 362(a). In light of the filing of bankruptcy,

IT IS HEREBY ORDERED that the Motion for Summary Judgment Re: Counterclaim filed by Defendant/Crossclaimant Lynne T. Shaklan-Brown, Ph.D. is hereby DENIED *without prejudice[1]*.

DATED this 8th day of March, 2010.

Paul G. Rosenblatt
United States District Judge

---

[1] This shall in no way impact the debts included in the filing of the bankruptcy.